THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>NANCY BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | CASE NO. C17-5885-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 13–15.) Finding the requested award reasonable and just, the Court GRANTS Plaintiff's motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $6,198.88.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, David Oliver, based upon Plaintiff's assignment of these amounts to counsel. The check shall be mailed to Plaintiff's counsel at the following address: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.

//

1       DATED this 25th day of July 2018.

<br>

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-5885-JCC
PAGE - 2