THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO WILLIAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. C17-5885-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 18). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion. Pursuant to 42 U.S.C. § 406(b), the Court AWARDS Plaintiff's attorney David P. Oliver a reasonable gross attorney's fee of $15,841, reduced by a $6,000 administrative fee (Dkt. Nos. 19-1 at 3, 19-3 at 4) and the previously awarded EAJA fee of $6,198.88 (Dkt. No. 17), leaving a net fee of $3,642.12. A check for payment of $3,642.12 to Plaintiff's attorney, minus any applicable processing fees allowed by statute, shall be mailed to Plaintiff's attorney at the following address: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.

//

//

//

DATED this 8th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE